# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BRIAN AND HEATHER KIRSCH,

    Plaintiffs,

    v.                                          Case No. 19-CV-1047

WORLD FINANCE CORPORATION OF
WISCONSIN,
and
WORLD ACCEPTANCE CORPORATION,

    Defendants.

## ORDER ON MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

Brian and Heather Kirsch sue World Finance Corporation of Wisconsin and World Acceptance Corporation alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA") and the Wisconsin Consumer Act, Wis. Stat. §§ 421–427 (the "WCA"). (Docket # 1.) The defendants moved to compel arbitration and either dismiss the case or stay further proceedings in this matter. (Docket # 13.) The defendants argue that the Kirsches executed an arbitration agreement in which they agreed to arbitrate any disputes arising out of, or relating to, the loan at issue in this case. (Docket # 14.)

The Kirsches do not oppose the defendants' motion and agree that their claims are subject to arbitration; however, they assert that the agreement allows only for a stay of proceedings, not dismissal of the lawsuit, and request the proceedings be stayed until the arbitration is completed. (Docket # 17.) The parties subsequently stipulated to stay the proceedings pending arbitration. (Docket # 18.) Given the parties' agreement to arbitrate this matter, I will grant the defendants' motion to compel arbitration and will stay further

proceedings in this matter pending completion of the arbitration. The parties are to provide the court with an update as to the status of the arbitration within forty-five (45) days of the date of this order.

Dated at Milwaukee, Wisconsin this 1st day of November, 2019.

BY THE COURT:

*s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge